UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TONNIE LUCKETT (#99443)**                                     **CIVIL ACTION**

**VERSUS**

**BURL N. CAIN, ET AL.**                                           **NO.:15-00074-BAJ-RLB**

## RULING AND ORDER

On November 5, 2015, the United States Magistrate Judge issued a Report and Recommendation (Doc. 3), pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Tonnie Luckett's ("Plaintiff") Complaint (Doc. 1) be dismissed as legally frivolous and malicious within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 3 at p. 1). No objection was filed by the Plaintiff.

Having carefully considered the Plaintiff's Complaint, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 3)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter be **DISMISSED** as legally frivolous and malicious within the meaning of 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this <u>11th</u> day of January, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**